# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, and DAVID WALTERS, individually and on behalf of all others similarly situated, | **SUMMONS IN A CIVIL CASE** <br> CASE NUMBER: C 07-05847 PJH |

Plaintiffs,

V.

MIRANT CALIFORNIA, LLC, a Delaware Corp., and Does 1 to 50,

Defendants.

---

MIRANT CALIFORNIA, LLC, a Delaware Limited Liability Company,

Counter-Claimant,

v.

JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, DAVID WALTERS and THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1245,

Counter-Defendants.

TO: (Name and address of defendant)
THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1245 (COUNTER-DEFENDANT)
30 Orange Tree Circle, Vacaville, California 95687

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
COUNSEL FOR DEFENDANT AND CROSS-COMPLAINANT MIRANT CALIFORNIA, LLC:

MARGARET HART EDWARDS
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693

American LegalNet, Inc.
www.USCourtForms.com

COUNSEL FOR PLAINTIFFS AND CROSS-DEFENDANTS JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA AND DAVID WALTERS:

JONATHAN E. GERTLER
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941

DANIEL B. SIEGEL
LAW OFFICE OF DANIEL B. SIEGEL
2418 Woolsey Street
Berkeley, CA 94705

A reply to the counterclaim which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the counterclaim. You must also file your reply with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

*(signature)* Simone Volt
(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

# RETURN OF SERVICE

DATE: 11/29/07

Service of the Summons and Complaint was made by me [1]

Name of SERVER: JAMES KLINE
TITLE: PROCESS SERVER

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:
IBEW LOCAL 1245
30 ORANGE TREE CIR.
VACAVILLE, CA. 95687

KAREN KILEY 11/29/07 2:30 PM

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/30/07
Date

Signature of Server: James Kline

Address of Server:
3701 SACRAMENTO ST. #269
S.F. CA. 94118

S.F. COUNTY #631

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Firmwide:83718695.1 049353.1002

American LegalNet, Inc.
www.USCourtForms.com