1  MARGARET HART EDWARDS, Bar No. 65699
2  PHILIP L. ROSS, Bar No. 90042
   KIMBERLY L. OWENS, Bar No. 233185
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street
   20th Floor
5  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
6  Facsimile:   415.399.8490
7  E-Mail:      mhedwards@littler.com;
                plross@littler.com;
8               kowens@littler.com

9  Attorneys for Defendant and Counter-Claimant
   MIRANT CALIFORNIA, LLC
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, and DAVID WALTERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIRANT CALIFORNIA, LLC, a Delaware Corp., and Does 1 to 50,<br><br>Defendants. | Case No. C 07-05847 PJH<br><br>**PROOF OF SERVICE BY MAIL** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE BY MAIL                     Case No. C 07-05847 PJH

| | |
|---|---|
| 1 | MIRANT CALIFORNIA, LLC, a Delaware Limited Liability Company, |
| 2 | |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, DAVID WALTERS and THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1245, |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 29, 2007, I placed with this firm at the above address for deposit with the United States Postal Service true and correct copies of the within document(s):

1. **DEFENDANT MIRANT CALIFORNIA, LLC'S COUNTERCLAIM FOR DECLARATORY RELIEF; AND**

2. **SUMMONS**

in a sealed envelope, postage fully paid, addressed as follows:

Tom Dalzell, Business Manager/Financial Secretary
Mike Davis, President
Art Freitas, Vice President
Chris Habecker, Recording Secretary
Cecelia De La Torre, Treasurer
International Brotherhood of Electrical Workers Local 1245
30 Orange Tree Circle
Vacaville, CA 95687

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.

PROOF OF SERVICE BY MAIL                     Case No. C 07-05847 PJH

1  Following ordinary business practices, the envelope was sealed and placed for
2  collection and mailing on this date, and would, in the ordinary course of business, be deposited with
3  the United States Postal Service on this date.
4  I declare under penalty of perjury under the laws of the State of California that the
5  above is true and correct.
6  Executed on November 29, 2007 at San Francisco, California.

LORETTA M. LEW

Firmwide:83729538.1 049353.1000

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

PROOF OF SERVICE BY MAIL                                      Case No. C 07-05847 PJH