1  CHAVEZ & GERTLER LLP
   JONATHAN E. GERTLER (Bar No. 111531)
2  DAN L. GILDOR (Bar No. 223027)
   42 Miller Avenue, Mill Valley, CA  94941
3  Tel:      (415) 381-5599
   Fax:      (415) 381-5572
4  E-Mail:   jon@chavezgertler.com
             dgildor@chavezgertler.com
5
   LAW OFFICE OF DANIEL B. SIEGEL
6  DANIEL B. SIEGEL (State Bar No. 160742)
   2418 Woolsey Street
7  Berkeley, CA  94705
   Tel.      (510) 684-5580
8  Fax:      (510) 540-5840
   E-Mail:   siegeldb@pacbell.net
9
   Attorneys for Plaintiffs and Counter-Defendants,
10 Jerry Mitchell, Eddie Williams, Jr., Edward S. Medina,
   David Walters and the Proposed Plaintiff Class
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, and DAVID WALTERS, individually, and on behalf of all others similarly situated, | Case No:  C 07-05847 PJH |
| 16 | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTER-CLAIM** |
| 17              Plaintiffs, | |
| 18     v. | |
| 19  MIRANT CALIFORNIA LLC, a Delaware Corporation, and DOES 1 to 50, | |
| 20 | |
| 21              Defendants | |
| 22  MIRANT CALIFORNIA, LLC, a Delaware Limited Liability Company, | |
| 23              Counter-Claimant, | |
| 24     v. | |
| 25  JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, DAVID WALTERS and THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1245, | |
| 26 | |
| 27 | |
| 28              Counter-Defendants. | |

STIPULATION EXTENDING TIME TO ANSWER                                Case No. C 07-05847 PJH

The undersigned counsel of record of the respective parties in the above-entitled action hereby stipulate as follows:

1. Defendant and Counter-Claimant Mirant Corporation, LLC ("Mirant") has agreed to extend the time within which Plaintiffs and Counter-Defendants Jerry Mitchell, Eddie Williams Jr., Edward S. Medina, and David Walters must answer or otherwise respond to Mirant's counterclaim.

2. The parties agree that there will be no prejudice to any party as a result of this extension.

3. The parties agree that Plaintiffs and Counter-Defendants will answer or otherwise respond to the counterclaim by January 11, 2008.

Dated: December 14, 2007            CHAVEZ & GERTLER LLP
                                    LAW OFFICES OF DANIEL B. SIEGEL


                                    By    /s/ Jonathan Gertler
                                       JONATHAN E. GERTLER
                                       Attorneys for Plaintiffs and
                                       Counter-Defendants

Dated: December 14, 2007            LITTLER MENDELSON


                                    By    /s/ Margaret Edwards
                                       MARGARET HART EDWARDS
                                       Attorneys for Defendant and
                                       Counter-Claimant