CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar No. 111531)
DAN L. GILDOR (Bar No. 223027)
42 Miller Avenue, Mill Valley, CA 94941
Tel: (415) 381-5599
Fax: (415) 381-5572
E-Mail: jon@chavezgertler.com
dgildor@chavezgertler.com

LAW OFFICE OF DANIEL B. SIEGEL
DANIEL B. SIEGEL (Bar No. 160742)
2418 Woolsey Street
Berkeley, CA 94705
Tel. (510) 684-5580
Fax: (510) 540-5840
E-Mail: siegeldb@pacbell.net

Attorneys for Plaintiffs and Counter-Defendants,
Jerry Mitchell, Eddie Williams, Jr., Edward S. Medina,
David Walters and the Proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, and DAVID WALTERS, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

MIRANT CALIFORNIA LLC, a Delaware Corporation, and DOES 1 to 50,

Defendants.

---

MIRANT CALIFORNIA, LLC, a Delaware Limited Liability Company,

Counter-Claimant,

v.

JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, DAVID WALTERS and THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1245,

Counter-Defendants.

Case No: C 07-05847 PJH

**DECLARATION OF DANIEL B. SIEGEL IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND, REQUEST FOR FEES, AND MOTION TO DISMISS COUNTERCLAIM**

Date: February 22, 2008
Time: 9 a.m.
Place: Courtroom 3
Judge: The Hon. Phyllis J. Hamilton
Complaint Filed: 10/17/07

**E-FILED**

I, Daniel B. Siegel, hereby declare:

1. I am a member of the California State Bar duly licensed to practice before the Northern District of California and all courts of the State of California. I have personal knowledge of the matters set forth herein, and if called to testify, I could and would testify truthfully to them. I make this declaration in support of Plaintiffs' motion to remand and request for fees, and motion to strike or dismiss Mirant California LLC's counterclaim.

2. I am co-counsel for Plaintiffs. For purposes of responding to Defendants' removal, I took the lead in drafting the motion to remand, and oversaw the drafting of the motion for fees, incurring a total of $39,847 in attorneys' fees for 80.5 hours worked through Thursday, January 10, 2008. These fees do not include time I spent working on the motion to strike or dismiss Mirant California LLC's counterclaim.

3. Upon receiving the notice of removal, I researched the grounds specified in the notice. Reviewing the cited cases, I realized that the cases were all distinguishable and did not support removal. Further research revealed that the case law, in fact, clearly mandated remand. After consulting with Jonathan Gertler, I determined that the case properly belonged in state court and began to draft the motion to remand.

4. On January 9, 2008 I spoke by telephone with Margaret Hart Edwards, counsel for Mirant, to meet and confer pursuant to Local Rule 54-6 regarding Plaintiff's request for fees but we were unable to resolve the dispute.

5. Attached hereto as Exhibit 1 is a complete record of all of my time associated with Plaintiffs' motion to remand and their request for fees. This record includes all entries for work I performed in association with Plaintiffs' motion to remand and their request for fees through January 9, 2008. The attached time records contain detailed entries, recorded to the tenth of an hour, for all the time I spent on this motion. The records were recorded contemporaneously. The final page of Exhibit 1 contains a total of the number of hours I billed, and my applicable billing rate.

6. In preparing the fee request, I reviewed my time records. In an exercise of billing judgment, I deleted certain categories of time and reduced the amount of time I billed for certain efforts.

7. The hourly billing rates reflected in the time records attached hereto as Exhibit 1 are the 2008 rates for myself.

8. I periodically establish hourly rates for myself. I set the rates based on regular and on-going monitoring of prevailing market rates in the Bay Area for attorneys of comparable skill, experience, and qualifications. I also obtain information concerning market rates from other attorneys in the area who perform comparable litigation, including the prosecution or defense of complex and/or class action litigation, from conversations with attorneys who are involved in fee litigation, from reviewing fee applications that are submitted in other cases (which report the billing rates of attorneys practicing in other firms), and from information that occasionally appears in the local press. I set my billing rate with the specific intent that those rates be consistent with prevailing market rates in the private sector in the Bay Area for attorneys of comparable skills, qualifications and experience. My current rate is consistent with Bay Area market rates.

9. In order to demonstrate the reasonableness of my billing rate, I briefly summarize in the paragraphs that follow my background and experience.

10. I have been personally involved in representing Plaintiffs in the capacity of co-counsel.

11. I received my B.A., *cum laude*, from the University of Pennsylvania in 1989 and my J.D. from the New York University School of Law in 1992.

12. In the 15 years that I have been practicing law, I have had substantial class action litigation experience. I have been in solo practice since September 2000 in Berkeley, California, handling large consumer and employee class actions as co-counsel with other firms. I have been centrally involved in successful results for large groups of affected employees in mass wage and hour actions from such defendants as SGI and Copelands' Sports.

13. Previously, from September 1998 to September 2000, I was a staff attorney at a public interest organization, the Prison Law Office, in San Rafael, where I worked on class action litigation involving prisoner civil rights (primarily regarding medical care). From July 1996 to August 1998, I was an associate at Severson & Werson in San Francisco, handling consumer class actions. From February 1995 to June 1996, I was an associate at Coudert Brothers, handling antitrust litigation. From October 1992 to February 1995, I was an associate at Crosby, Heafey, Roach & May, handling environmental insurance coverage and toxic tort litigation. I was also a legal intern at the Coalition for the Homeless in New York in 1990.

14. I am a member in good standing of the California State Bar and the bars of United States District Courts for the Northern and Central District of California.

15. My customary rate for my time is $495.00 per hour, which is well within the prevailing range for attorneys of my credentials and experience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of January, 2008 at Berkeley, California.

/s/
Daniel B. Siegel

# EXHIBIT 1

**Time for Daniel B. Siegel**
**Motion to Remand in Mitchell v. Mirant**

| Date | Activity | Hours |
|---|---|---|
| 20-Nov-07 | Research re federal removal | 2.5 |
| 20-Nov-07 | Emails with Mr. Gertler re same | 0.8 |
| 21-Nov-07 | Research re federal question jurisdiction | 3.8 |
| 27-Nov-07 | Research to support remand motion | 4.4 |
| 28-Nov-07 | Research to support remand motion | 2.6 |
| 30-Nov-07 | Research to support remand | 5.1 |
| 3-Dec-07 | Prepare remand motion arguments | 4.7 |
| 4-Dec-07 | Prepare remand motion arguments | 3.9 |
| 5-Dec-07 | Remand motion research | 0.4 |
| 7-Dec-07 | Research to support remand motion | 2.5 |
| 10-Dec-07 | Prepare remand motion | 4.2 |
| 11-Dec-07 | Prepare remand motion | 4.0 |
| 12-Dec-07 | Prepare remand motion | 2.2 |
| 13-Dec-07 | Prepare remand motion | 4.3 |
| 14-Dec-07 | Emails with co-counsel re motion to remand | 0.6 |
| 14-Dec-07 | Prepare remand motion | 3.1 |
| 19-Dec-07 | Prepare remand motion | 3.3 |
| 3-Jan-08 | Prepare remand motion | 3.8 |
| 4-Jan-08 | Prepare remand motion | 3.1 |
| 4-Jan-08 | Emails with co-counsel re same | 1.3 |
| 5-Jan-08 | Prepare remand motion | 2.2 |
| 7-Jan-08 | Prepare remand motion | 3.1 |
| 7-Jan-08 | Emails with co-counsel re motion to remand | 0.7 |
| 8-Jan-08 | Prepare remand motion | 1.5 |
| 8-Jan-08 | Revise request for fees | .8 |
| 8-Jan-08 | Emails with co-counsel re motion to remand | 1.0 |
| 9-Jan-08 | Prepare remand motion | 1.2 |
| 9-Jan-08 | Revise request for fees | 1.0 |
| 9-Jan-08 | Emails with co-counsel re motion to remand | 0.8 |

| | | |
|---|---|---|
| 9-Jan-08 | Call to Margaret Edwards to meet and confer re fees on motion to remand | 0.1 |
| 9-Jan-08 | Prepare Gertler declaration in support of motion to remand | 1.4 |
| 9-Jan-08 | Prepare Siegel declaration in support of motion to remand | 1.1 |
| 10-Jan-08 | Revise remand motion | 1.3 |
| 10-Jan-08 | Prepare Siegel declaration in support of remand and fee request | 1.7 |
| 10-Jan-08 | Prepare Gertler declaration in support of remand and fee request | 1.5 |
| 10-Jan-08 | Emails with co-counsel re motion to remand | .5 |

**SUMMARY**

| | |
|---|---|
| Total hours | 80.5 |
| Billing rate | $495.00 |
| Total fees requested | $39,847 |