1  PHILIP C. MONRAD (State Bar No. 151073)
   pmonrad@leonardcarder.com
2  JENNIFER L. MARSTON (State Bar N0. 250018)
3  jmarston@leonardcarder.com
   LEONARD CARDER, LLP
4  1330 Broadway, Suite 1450
   Oakland, CA 94612
5  Telephone:    (510) 272-0169
6  Facsimile:    (510) 272-0174

7
   Attorneys for Counter-
8  Defendant IBEW 1245

9

10
                    UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
12

13
   JERRY MITCHELL, EDDIE WILLIAMS,       )   Case No. C 07-05847 PJH
14 JR., EDWARD S. MEDINA, and DAVID      )
   WALTERS, individually and on behalf of )   DECLARATION OF PHILIP C. MONRAD
15 all others similarly situated,        )   IN SUPPORT OF COUNTER-DEFENDANT
        Plaintiffs,                      )   IBEW 1245's MOTION TO DISMISS FOR
16 v.                                    )   LACK OF JURISDICTION
17                                       )
   MIRANT CALIFORNIA, LLC, a             )   (Fed. Rule Civ. Proc. 12(b)(1))
18 Delaware Corp., and Does 1 to 50,     )
19      Defendants.                      )
   _____ )   Date: February 22, 2008
20                                       )   Time: 9:00 am
   MIRANT CALIFORNIA, LLC, a             )   Courtroom: 3
21 Delaware Limited Liability Company,   )   Judge: Honorable Phyllis Hamilton
22      Counter-Claimant,                )
   v.                                    )
23                                       )
24 JERRY MITCHELL, EDDIE WILLIAMS,       )
   JR., EDWARD S. MEDINA, DAVID          )
25 WALTERS and THE INTERNATIONAL         )
   BROTHERHOOD OF ELECTRICAL             )
26 WORKERS LOCAL 1245,                   )
27      Counter-Defendants.              )
   _____ )
28

I, Philip C. Monrad, do hereby declare as follows:

1.  I am admitted to practice before this Court, and I am one of the attorneys representing counterdefendant International Brotherhood of Electrical Workers, Local 1245 ("Local 1245") in the above-referenced action.  I make this declaration of my own personal knowledge, except for matters asserted on information and belief, which assertions I am informed and believe are true.

2.  Local 1245 is the exclusive collective bargaining representative for certain employees of defendant Mirant California, LLC ("Mirant"), including, on information and belief, Plaintiffs in this matter.  Local 1245 and Mirant have executed a collective bargaining agreement ("CBA") effective for some or all of the period relevant to the above-captioned lawsuit, governing the terms and conditions of Plaintiffs' employment to the extent that the terms of such CBA are not inconsistent with state or federal law.

3.  On or about November 29, 2007, Mirant delivered to Local 1245 a Summons and Defendant Mirant California, LLC's Counterclaim for Declaratory Relief.  On November 30, 2007, I spoke with Margaret Edwards, counsel for Mirant in this matter.  I agreed to accept service of the Summons and Counterclaim on behalf of Local 1245.  Ms. Edwards agreed to extend to January 11, 2007 the time for Local 1245 to respond to the Counterclaim.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Oakland, California on January 11, 2008.

                                           /s/ Philip C. Monrad  
                                           Counsel for IBEW Local 1245