**PROOF OF SERVICE**

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On January 11, 2008, I served the following document:

1. **COUNTER-DEFENDANT IBEW 1245's MOTION TO DISMISS FOR LACK OF JURISDICTION; MEMORANDUM OF POINTS & AUTHORITIES**

2. **DECLARATION OF PHILIP C. MONRAD IN SUPPORT OF COUNTER-DEFENDANT IBEW 1245's MOTION TO DISMISS FOR LACK OF JURISDICTION**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

**Jonathan E. Gertler**         jon@chavezgertler.com

**Dan L. Gildor**               dgildor@chavezgertler.com

**Daniel B. Siegel**            siegeldb@pacbell.net

**Margaret Hart Edwards**       mhedwards@littler.com

**Philip L. Ross**              plross@littler.com

**Kimberly L. Owens**           kowens@littler.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on January 11, 2008.

/s/ Kris Paschall
Kris Paschall
Legal Secretary