PHILIP C. MONRAD (State Bar No. 151073)
pmonrad@leonardcarder.com
JENNIFER L. MARSTON (State Bar N0. 250018)
jmarston@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone:   (510) 272-0169
Facsimile:   (510) 272-0174

Attorneys for Counter-Defendant IBEW 1245

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, and DAVID WALTERS, individually and on behalf of all others similarly situated,<br>          Plaintiffs,<br>v.<br><br>MIRANT CALIFORNIA, LLC, a Delaware Corp., and Does 1 to 50,<br>          Defendants. | Case No. C 07-05847 PJH<br><br>COUNTER-DEFENDANT IBEW 1245's AMENDED NOTICE OF MOTION TO DISMISS OR STRIKE COUNTERCLAIM FOR LACK OF JURISDICTION AND FAILURE TO JOIN NECESSARY OR PROPER PARTY<br><br>(Fed. Rules Civ. Proc. 12(b)(1), 19 & 20) |
| MIRANT CALIFORNIA, LLC, a Delaware Limited Liability Company,<br>          Counter-Claimant,<br>v.<br><br>JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, DAVID WALTERS and THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1245,<br>                    Counter-Defendants. | Date: February 20, 2008<br>Time: 9:00 am<br>Courtroom: 3<br>Judge: Honorable Phyllis Hamilton |

IBEW 1245 MOTION TO DISMISS: Case No. C 07-05847 PJH –

Page 1

**MOTION TO DISMISS OR STRIKE COUNTERCLAIM**

International Brotherhood of Electrical Workers, Local 1245, ("Local 1245") on January 11, 2008 filed its motion to dismiss and/or to strike the Counterclaim in this matter filed by Defendant Mirant Corporation, LLC ("Mirant").  That motion noticed the hearing on this matter for February 22, 2008 at 9:00 a.m.  Local 1245 hereby amends its motion to notice the hearing on Local 1245's motion for February 20, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, or at such other time as the Court may order, in Courtroom 3 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, 94102.  This motion is supported by the Memorandum of Points & Authorities filed on January 11, 2008, the declaration of Philip C. Monrad filed therewith, and such additional material or argument that may be presented at or before the hearing.

Respectfully Submitted,

Dated:     January 14, 2008          LEONARD CARDER, LLP


By:   /s/   Philip C. Monrad
        PHILIP C. MONRAD

Counsel for Counterclaim Defendant
IBEW Local 1245

**PROOF OF SERVICE**

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On January 11, 2008, I served the following document:

**COUNTER-DEFENDANT IBEW 1245's AMENDED NOTICE OF MOTION TO DISMISS OR STRIKE COUNTERCLAIM FOR LACK OF JURISDICTION AND FAILURE TO JOIN NECESSARY OR PROPER PARTY**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

| | |
|---|---|
| Jonathan E. Gertler | jon@chavezgertler.com |
| Dan L. Gildor | dgildor@chavezgertler.com |
| Daniel B. Siegel | siegeldb@pacbell.net |
| Margaret Hart Edwards | mhedwards@littler.com |
| Philip L. Ross | plross@littler.com |
| Kimberly L. Owens | kowens@littler.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on January 14, 2008.

/s/ Kris Paschall
Kris Paschall
Legal Secretary

IBEW 1245 MOTION TO DISMISS: Case No. C 07-05847 PJH –

Page 3