1  CHAVEZ & GERTLER LLP
   JONATHAN E. GERTLER (Bar No. 111531)
2  DAN L. GILDOR (Bar No. 223027)
   42 Miller Avenue, Mill Valley, CA  94941
3  Tel:     (415) 381-5599
   Fax:    (415) 381-5572
4  E-Mail:  jon@chavezgertler.com
            dgildor@chavezgertler.com
5
   LAW OFFICE OF DANIEL B. SIEGEL
6  DANIEL B. SIEGEL (Bar No. 160742)
   2418 Woolsey Street
7  Berkeley, CA  94705
   Tel.     (510) 684-5580
8  Fax:    (510) 540-5840
   E-Mail:  siegeldb@pacbell.net
9
   Attorneys for Plaintiffs and Counter-Defendants,
10 Jerry Mitchell, Eddie Williams, Jr., Edward S. Medina,
   David Walters and the Proposed Plaintiff Class
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, and DAVID WALTERS, individually, and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>MIRANT CALIFORNIA LLC, a Delaware Corporation, and DOES 1 to 50,<br><br>       Defendants.<br>_____<br>MIRANT CALIFORNIA, LLC, a Delaware Limited Liability Company,<br><br>       Counter-Claimant,<br><br>  v.<br><br>JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, DAVID WALTERS and THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1245,<br><br>       Counter-Defendants. | Case No:  C 07-05847 PJH<br><br>**AMENDED NOTICE OF MOTION TO REMAND AND REQUEST FOR FEES; MOTION TO STRIKE OR DISMISS MIRANT CALIFORNIA LLC'S COUNTERCLAIM**<br><br>Date:  February 20, 2008<br>Time:  9 a.m.<br>Place:  Courtroom 3<br>Judge:  The Hon. Phyllis J. Hamilton<br>Complaint Filed:  10/17/07<br><br>**E-FILED** |

AMENDED NOTICE OF MOTION            Case No. C 07-05847 PJH

1   TO DEFENDANT MIRANT CALIFORNIA, LLC (HEREINAFTER "MIRANT" OR
2   "DEFENDANT") AND THEIR COUNSEL OF RECORD:
3   PLEASE TAKE NOTICE that Plaintiffs' motions to remand and request fees and to
4   strike or dismiss Mirant California LLC's counterclaim, filed on January 11, 2008 [docket #9],
5   was inadvertently noticed for February 22, 2008.  Plaintiffs intended their motions to be heard on
6   the Court's regular civil law and motion calendar and hereby renotice the motions for February
7   20, 2008 at 9 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the
8   Honorable Phyllis J. Hamilton of the United States District Court, Northern District of
9   California.

11  Dated:  January 14, 2008           CHAVEZ & GERTLER LLP
12                                      LAW OFFICES OF DANIEL B. SIEGEL

14                                      By        /s/
                                           JONATHAN E. GERTLER
15                                         Attorneys for Plaintiffs and
                                           Counter-Defendants

AMENDED NOTICE OF MOTION                                              Case No. C 07-05847 PJH