CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar No. 111531)
DAN L. GILDOR (Bar No. 223027)
42 Miller Avenue, Mill Valley, CA  94941
Tel:      (415) 381-5599
Fax:     (415) 381-5572
E-Mail:  jon@chavezgertler.com
         dgildor@chavezgertler.com

LAW OFFICE OF DANIEL B. SIEGEL
DANIEL B. SIEGEL (State Bar No. 160742)
2418 Woolsey Street
Berkeley, CA  94705
Tel:      (510) 684-5580
Fax:     (510) 540-5840
E-Mail:  siegeldb@pacbell.net

Attorneys for Plaintiffs and Counter-Defendants,
Jerry Mitchell, Eddie Williams, Jr., Edward S. Medina,
David Walters and the Proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, and DAVID WALTERS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MIRANT CALIFORNIA LLC, a Delaware Corporation, and DOES 1 to 50,<br><br>    Defendants | Case No:  C 07-05847 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING MOTION TO REMAND** |
| MIRANT CALIFORNIA, LLC, a Delaware Limited Liability Company,<br><br>    Counter-Claimant,<br><br>  v.<br><br>JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, DAVID WALTERS and THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1245,<br><br>    Counter-Defendants. | |

1    WHEREAS, the Court issued an Order Setting Initial Case Management and ADR
2    Deadlines ("Order") on November 19, 2007;
3    WHEREAS, the Order provides that the initial case management conference in this case
4    will be held on February 28, 2008;
5    WHEREAS, the Order establishes various deadlines prior to the initial case management
6    conference for meeting and conferring, agreeing on ADR procedures, filing initial disclosures, a
7    Rule 26(f) report, and a case management statement;
8    WHEREAS, Plaintiffs filed a Motion to Remand on January 11, 2008 as well as a Motion
9    to Dismiss Mirant California's counterclaim, both of which are set to be heard on February 20,
10   2008;
11   WHEREAS, Counter-Defendant IBEW Local 1245 filed its own Motion to Dismiss
12   Mirant California's counterclaim against it on January 11, 2008, which is also set to be heard on
13   February 20, 2008;
14   WHEREAS, the parties agree that it is in the best interest of judicial economy and the
15   resources of the parties to continue the dates in the Order thirty (30) days to avoid a potential
16   waste of time and resources in the event that the Court grants the Motion to Remand and
17   remands the case;
18   WHEREAS, no prejudice will arise to any party by continuing the dates in the Order
19   thirty (30) days.
20
21   IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE
22   UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, AS FOLLOWS:
23       1.  The Case Management Conference currently scheduled for February 28, 2008 is
24           hereby CONTINUED to March 27, 2008 at 2:30 PM in Courtroom 3, 17th Floor.
25       2.  The last day to meet and confer re: initial disclosures, early settlement, ADR
26           process selection, and discovery plan; and the last day to file Joint ADR
27
28

1

1  Certification with Stipulation to ADR Process or Notice of Need for ADR Phone
2  Conference, currently scheduled for February 7, 2008, shall be March 6, 2008.
3    3. The last day to file Rule 26(f) Report, complete initial disclosures or state
4  objection in Rule 26(f) Report and file Case Management Statement per the
5  Court's Standing Order re: Contents of Joint Case Management Statement,
6  currently scheduled for February 21, 2008, shall be March 20, 2008.

Dated: January 25, 2008            CHAVEZ & GERTLER LLP
                                   LAW OFFICES OF DANIEL B. SIEGEL

                                   By   /s/
                                      DAN L. GILDOR
                                      Attorneys for Plaintiffs and
                                      Counter-Defendants

Dated: January 25, 2008            LITTLER MENDELSON

                                   By   /s/
                                      MARGARET HART EDWARDS
                                      Attorneys for Defendant and
                                      Counter-Claimant

Date: January 25, 2008             LEONARD CARDER, LLP

                                   By   /s/
                                      PHILIP C. MONRAD
                                      Attorneys for Counter-Defendant IBEW 1245

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____     _____
                                          HONORABLE PHYLLIS J. HAMILTON

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE                    Case No. C 07-05847 PJH
CASE MANAGEMENT CONFERENCE PENDING MOTION TO REMAND