1  CHAVEZ & GERTLER LLP
   JONATHAN E. GERTLER (Bar No. 111531)
2  DAN L. GILDOR (Bar No. 223027)
   42 Miller Avenue, Mill Valley, CA  94941
3  Tel:       (415) 381-5599
   Fax:       (415) 381-5572
4  E-Mail:   jon@chavezgertler.com
              dgildor@chavezgertler.com
5
   LAW OFFICE OF DANIEL B. SIEGEL
6  DANIEL B. SIEGEL (State Bar No. 160742)
   2418 Woolsey Street
7  Berkeley, CA  94705
   Tel:       (510) 684-5580
8  Fax:       (510) 540-5840
   E-Mail:   siegeldb@pacbell.net
9
   Attorneys for Plaintiffs and Counter-Defendants,
10 Jerry Mitchell, Eddie Williams, Jr., Edward S. Medina,
   David Walters and the Proposed Plaintiff Class
11
12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15 JERRY MITCHELL, EDDIE WILLIAMS,     )  Case No:  C 07-05847 PJH
   JR., EDWARD S. MEDINA, and DAVID    )
16 WALTERS, individually, and on behalf of all  )  **DECLARATION OF DAN L. GILDOR IN**
   others similarly situated,          )  **SUPPORT OF STIPULATION AND**
17                                      )  **[PROPOSED] ORDER TO CONTINUE**
              Plaintiffs,               )  **CASE MANAGEMENT CONFERENCE**
18                                      )  **PENDING MOTION TO REMAND**
        v.                              )
19                                      )
   MIRANT CALIFORNIA LLC, a Delaware   )
20 Corporation, and DOES 1 to 50,      )
                                        )
21            Defendants               )
   _____)
22 MIRANT CALIFORNIA, LLC, a Delaware  )
   Limited Liability Company,          )
23                                      )
              Counter-Claimant,         )
24                                      )
        v.                              )
25                                      )
   JERRY MITCHELL, EDDIE WILLIAMS,     )
   JR., EDWARD S. MEDINA, DAVID        )
26 WALTERS and THE INTERNATIONAL       )
   BROTHERHOOD OF ELECTRICAL           )
27 WORKERS LOCAL 1245,                 )
                                        )
28            Counter-Defendants.      )
   _____)

GILDOR DECL. SUPP. STIPULATION CONTINUE CASE MGMT. CONFERENCE   Case No. C 07-05847 PJH

1  I, Dan L. Gildor, hereby declare:

2      1.      I am an associate in the law firm of Chavez & Gertler LLP and represent

3  Plaintiffs in this action.  I am a member of the California State Bar duly licensed to practice

4  before all courts of the State of California as well as the United States District Court for the

5  Northern District of California.  I have personal knowledge of the matters set forth herein, and if

6  called to testify, I could and would testify truthfully to them.  I make this declaration pursuant to

7  Local Rule 6-2(a) in support of the parties' Stipulation to Continue the Initial Case Management

8  Conference ("Stipulation").

9      2.      On November 19, 2007, the Court issued an Order Setting Initial Case

10  Management and ADR Deadlines ("Order") providing that the initial case management

11  conference in this case will be held on February 28, 2008.  The Order also established various

12  deadlines prior to the initial case management conference for meeting and conferring, agreeing

13  on ADR procedures, filing initial disclosures, a Rule 26(f) report, and a case management

14  statement.

15      3.      On January 11, 2008, Plaintiffs filed a Motion to Remand ("Motion") and a

16  Motion to Dismiss Mirant California's Counterclaim, both of which are set to be heard on

17  February 20, 2008.  On January 11, 2008, counter-defendant IBEW Local 1245 filed a motion

18  to dismiss the Counterclaim against it as well.  That motion will also be heard on February 20,

19  2008.

20      4.      The parties have conferred and all agree that a 30-day continuance of the Initial

21  Case Management Conference that sets the deadlines in the Order subsequent to the hearing on

22  Plaintiffs' Motion to Remand will better serve judicial economy and result in a more effective

23  utilization of the parties' and the Court's resources by avoiding a potential waste of those

24  resources in the event that the Court grants the Motion to Remand and remands the case.

25      5.      There have been no previous time modifications in this case other than an

26  extension of the time for Plaintiffs and IBEW Local 1245 to answer Defendant Mirant

27  California's Counterclaim.

28

1

1    6.    The parties have agreed that a 30 day continuance of the Initial Case

2   Management Conference would not prejudice any party and would not have any substantial

3   effect on the schedule for this case.

4    7.    I attest that concurrence in the Stipulation has been obtained from each of the

5   other signatories to the Stipulation.

6

7    I declare under penalty of perjury under the laws of the State of California that the

8   foregoing is true and correct.  Executed this 25th day of January, 2008 at Mill Valley, California.

9                                        _____/s/_____
                                              Dan L. Gildor

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2