**From:** Stern, Hunter [mailto:hls5@IBEW1245.com]
**Sent:** Tuesday, October 30, 2007 9:35 PM
**To:** Battles, Lisa D.; Greaves, Bill J.; Rodriguez-Stover, Holly
**Cc:** Seyfer, Dennis
**Subject:** RE: Discussions Regarding Uninterrupted Meal and Changed CA Law

Lisa – I will of course you on these communications on the future.

Bill – You are correct about the discussions to date regarding the meal period for Operations employees and I accept your clarifications of our discussion last week.  My information was not intended to limit the discussion to the lunch room/cafeteria in the plant, only to point out that we had discussed that if employees choose to go there, that is an acceptable place to take a meal "outside the control" of the Employer, as required by law.

The Letter Agreement was included to outline Local 1245's understanding of the law at present as well as to reflect the ongoing practice of waiving the second meal due employees working 12 hour shifts under CA law, as has been done consistently in the past.  Also, the Letter outlines the new responsibilities of both the Employer and Employees to observe meal periods or, if operating conditions require them to work through the meal period, it is so recorded and employees are compensated appropriately.

Attachment of the Letter Agreement was/is not included to indicate the parties have reached any agreement in

regards to the uninterrupted meal issue on a "go-forward" basis. No such agreement has been reached nor did our discussions even contemplate reaching an agreement. I did promise you some additional information; that was the purpose of including the Letter.

Finally, I recognize the need of the Company to address the impacts of the law change in detail. Based on the current state of the law in California, the parties don't have a lot of flexibility in conforming to these changes. I am aware of the lawsuit, although not very detailed, as the employees are talking directly to their lawyers and not to me, since conversations with me are not privileged.

Hunter

**From:** Stern, Hunter [mailto:hls5@IBEW1245.com]
**Sent:** Monday, October 29, 2007 11:20 PM
**To:** Greaves, Bill J.; Rodriguez-Stover, Holly
**Subject:** Discussions Regarding Uninterrupted Meal and Changed CA Law

Bill and Holly,

As promised last week, here is some information that may help create a go-forward agreement for Operations personnel and other Mirant employees who may have an unscheduled lunch period during their shift.

In short, our discussions to date are that individual operations employees shall continue to observe meal periods as before, with the knowledge that both Outside Operators and Lead/Inside Operators must be permitted to take their meal away from the Board in the lunch room. If something occurs (alarm, etc) which requires the immediate attention/response from an operator attempting to take his 30 minute meal period, he will be due a missed meal payment in accordance with CA Law. The parties can waive the second meal of a 12 hour shift, as is been done currently.

Attached is the agreement reached between IBEW Local Union 1245 and PG&E. The summary of CA Law and meal guidelines based on recent changes in the law and the back pay description are, I think, useful for our discussion.

As I said when we discussed, the most important element is the knowledge that each employee must take an uninterrupted 30 minute meal period and that the Employer is directing them to do so unless operating conditions at the plant dictate otherwise.

Hunter