PHILIP C. MONRAD (State Bar No. 151073)
pmonrad@leonardcarder.com
JENNIFER L. MARSTON (State Bar No. 250018)
jmarston@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Counter-Defendant IBEW Local 1245

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, and DAVID WALTERS, individually and on behalf of all others similarly situated,<br>        Plaintiffs,<br>v.<br><br>MIRANT CALIFORNIA, LLC, a Delaware Corp., and Does 1 to 50,<br>        Defendants.<br>_____<br>MIRANT CALIFORNIA, LLC, a Delaware Limited Liability Company,<br>        Counter-Claimant,<br>v.<br><br>JERRY MITCHELL, EDDIE WILLIAMS, JR., EDWARD S. MEDINA, DAVID WALTERS and THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1245,<br>        Counter-Defendants.<br>_____ | Case No. C 07-05847 PJH<br><br>[proposed] ORDER GRANTING COUNTER-DEFENDANT IBEW LOCAL 1245's MOTION TO DISMISS FOR LACK OF JURISDICTION<br><br>(Fed. Rules Civ. Proc. 12(b)(1), 19 & 20)<br><br>Date: February 20, 2008<br>Time: 9:00 am<br>Courtroom: 3<br>Judge: Honorable Phyllis J. Hamilton |

1   Counter-defendant International Brotherhood of Electrical Workers Local 1245's ("Local
2  1245") motion to dismiss or strike defendant Mirant California, LLC's Counterclaim came on for
3  duly noticed hearing on February 20, 2008.  _____ appeared for
4  Plaintiffs and Counter-defendants Mitchell, et al.  _____ appeared
5  for Defendant Mirant.  Philip C. Monrad appeared for Counter-defendant, Local 1245.

6   Based on the documents submitted and arguments made, and good cause appearing,
7  Local 1245 motion is GRANTED, pursuant to Rule 12(b)(1) of the Federal Rules of Civil
8  Procedure.  Defendant Mirant has failed to show that this Court has original or supplemental
9  jurisdiction over the Counterclaim.  Specifically, Defendant Mirant has failed to show that
10 resolution of the underlying Complaint or the Counterclaim is substantially dependent on
11 analysis of a collective bargaining agreement.  Accordingly, neither the underlying Complaint
12 nor the Counterclaim is subject to preemption pursuant to Section 301 of the Labor Management
13 Relations Act, 29 U.S.C. 185.  *Burnside v. Kiewitt Pacific Corp.*, 491 F.3d 1053, 10459 (9th Cir.
14 2007).

15   Mirant's Counterclaim is, therefore, dismissed, with prejudice.
16   SO ORDERED.

Date: _____                              _____
                                                     Honorable Phyllis J. Hamilton
                                                     United States District Court Judge

# PROOF OF SERVICE

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On February 6, 2008, I served the following document:

**[PROPOSED] ORDER GRANTING COUNTER-DEFENDANT IBEW LOCAL 1245'S MOTION TO DISMISS FOR LACK OF JURISDICTION**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

| | |
|---|---|
| **Jonathan E. Gertler** | jon@chavezgertler.com |
| **Dan L. Gildor** | dgildor@chavezgertler.com |
| **Daniel B. Siegel** | siegeldb@pacbell.net |
| **Margaret Hart Edwards** | mhedwards@littler.com |
| **Philip L. Ross** | plross@littler.com |
| **Kimberly L. Owens** | kowens@littler.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on February 6, 2008.

                                                  /s/ Khae Saechao  
                                                Khae Saechao  
                                                Legal Secretary

**PROOF OF SERVICE**                                                                  **Case No. C 07-05847 PJH**