UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** February 20, 2008                                       **JUDGE:**  Phyllis J. Hamilton

**Case No:**  C-07-5847  PJH

**Case Name:** Jerry Mitchell, et al. v. Mirant California, LLC

**Attorney(s) for Plaintiff:**      Dan Gildor; Daniel B. Siegel
**Attorney(s) for Defendant:**   Margaret Hart Edwards; Kimberly L. Owens
                                 Philip C. Monrad (IBEW Local 1245)

**Deputy Clerk**:  Nichole Heuerman            **Court Reporter**: Joan Columbini

**PROCEEDINGS**

   Plaintiffs' Motion to Remand and Request for Fees; Motion to Strike or Dismiss Counterclaim-Held.  The court takes the matter under submission.

   Counter-Defendant's Motion to Dismiss or Strike Counterclaim-Held.  The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file