UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**
08 MAR 13 PM 1:02

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

General Court Number
415.522.2000

February 22, 2008

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE: CV 07-5847 PJH, Jerry Mitchell, et al. V. Mirant California, LLC
Your Case Number: **CGC-07-468320**

**ENDORSED
FILED**
San Francisco County Superior Court

MAR 10 2008

GORDON PARK-LI, Clerk
BY: _____JEANETTE SANTOS_____
Deputy Clerk

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X) Certified copies of docket entries

(X) Certified copies of Remand Order

( )  Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg