**United States District Court**
**Northern District of California**

# DOCUMENT LOCATOR

**Case Number:**     CV-07-5847  PJH

**Date Filed:**  5-2-08

**Document:**

\_\_X\_  **Reporter's Transcript:**  2-20-08

\_\_\_\_  **Trial Exhibits:**

\_\_\_\_  **Lodged Documents:**

\_\_\_\_  **Sealed Documents**

\_\_\_\_  **Declaration:**

\_\_\_\_  **Other:**

**Location:**

\_X\_\_  **Expando (Next to Case File)**

\_\_\_\_  **Overflow Shelf:**

\_\_\_\_  **Vault**

\_\_\_\_  **Other:**

# Document Number:  24